# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAMS VALVES, INC.,<br><br>                      Plaintiff,<br>  vs.<br>ARCHER WESTERN CONTRACTORS, LTD., ET. AL.,<br><br>                      Defendant. | CASE NO. 07CV1288 BTM (NLS)<br><br>ORDER GRANTING JOINT MOTION TO DISMISS |

    The Court has reviewed the parties' joint motion re: dismissal with prejudice. The Court GRANTS this joint motion and orders that this action is DISMISSED WITH PREJUDICE in its entirety.

  **IT IS SO ORDERED**.

DATED: January 24, 2008

*Barry Ted Moskowitz*
Honorable Barry Ted Moskowitz
United States District Judge